UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORENCE FRANKLIN,

        **Plaintiff,**

v.                                  **Case No: 6:17-cv-243-Orl-28KRS**

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") (Doc. No. 1) (filed February 9, 2017). The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed.

After review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed May 21, 2018 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The final decision of the Commissioner is **AFFIRMED**.

3.      The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on June _13_, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record